

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| KA'VEON QUASHAUN WESTLEY, | § | No. 08-25-00125-CR |
| Appellant, | § | Appeal from the |
| v. | § | 175th District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# DC2024CR1616) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore grant Appellant's motion and dismiss the appeal. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED this 7th day of August 2025.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.